UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
MANISHKUMAR KHUNT, Individually and on :
Behalf of All Others Similarly Situated, :
:
                      Plaintiff, :
:
            v. : Case No.: 15-cv-00759-NRB
:
ALIBABA GROUP HOLDING LIMITED, :
JACK YUN MA, JOSEPH C. TSAI, :
JONATHAN ZHAOXI LU and MAGGIE WEI WU, :
:
                    Defendants. :
------------------------------------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
<u>ALIBABA GROUP HOLDING LIMITED</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Alibaba Group Holding Limited, by its undersigned counsel, states as follows:

      Alibaba Group Holding Limited is a publicly held corporation.  Publicly listed companies Yahoo! Inc. (NASDAQ: YHOO) and SoftBank Corp. (TYO: 9984) own 10 percent or more of Alibaba Group Holding Limited's stock.

Dated:  New York, New York           Respectfully submitted,
       March 19, 2015

                                                *s/Jonathan K. Youngwood/*
                                        Jonathan K. Youngwood
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue
                                        New York, New York  10017
                                        Telephone: (212) 455-3539
                                        Facsimile:  (212) 455-2502
                                        jyoungwood@stblaw.com

                                        *Counsel for Defendant Alibaba Group Holding Limited*