UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
MANISHKUMAR KHUNT, Individually and on : 
Behalf of All Others Similarly Situated, : 
: 
Plaintiff, : 
: 
v. : Case No.: 15-cv-00759-NRB
: 
ALIBABA GROUP HOLDING LIMITED, : 
JACK YUN MA, JOSEPH C. TSAI, : 
JONATHAN ZHAOXI LU and MAGGIE WEI WU, : 
: 
Defendants. : 
---------------------------------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
ALIBABA GROUP HOLDING LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Alibaba Group Holding Limited, by its undersigned counsel, states as follows:

Alibaba Group Holding Limited is a publicly held corporation. Publicly listed companies Yahoo! Inc. (NASDAQ: YHOO) and SoftBank Corp. (TYO: 9984) own 10 percent or more of Alibaba Group Holding Limited's stock.

Dated:  New York, New York            Respectfully submitted,
        March 19, 2015

                                       *s/Jonathan K. Youngwood/*
                                       Jonathan K. Youngwood
                                       SIMPSON THACHER & BARTLETT LLP
                                       425 Lexington Avenue
                                       New York, New York  10017
                                       Telephone: (212) 455-3539
                                       Facsimile:  (212) 455-2502
                                       jyoungwood@stblaw.com

                                       *Counsel for Defendant Alibaba Group Holding Limited*